497 A.2d 1330

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**John Stephen ZAENGLE, Respondent.**

**No. 144 M.D. Alloc. Dkt. 1984.**

Supreme Court of Pennsylvania.

June 27, 1985.

## ORDER

AND NOW, this 27th day of June, 1985, the Commonwealth's Petition for Allowance of Appeal is granted; its Motion to Vacate and Remand is granted; and the case is remanded to Superior Court for proceedings consistent with our recent decision in *Commonwealth v. Frisbie*, 506 Pa. 461, 485 A.2d 1098 (1985).

ZAPPALA, J., dissents and would grant this petition, thereby giving all counsel the opportunity to fully brief and argue the issues involved.